**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| CHARLES PRINCE EDWARD TALBERT, | : | No. 94 EM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PHILADELPHIA COURT OF COMMON | : | |
| PLEAS AND PHILADELPHIA DISTRICT | : | |
| ATTORNEYS OFFICE, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

**AND NOW**, this 25th day of March, 2024, the "Mandamus Action" is DISMISSED. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is impermissible). The Prothonotary is DIRECTED to forward the "Mandamus Action" to counsel of record.

The "Petition for Supplemental Mandamus" is DENIED.